SAM BUCHANAN, WILLIAM BUCHANAN and F. A. BUCHANAN, individually and as surviving partners, heretofore and now trading and doing business as Buchanan Brothers, *Appellants,* vs. MARGARET SMITH, joined by her husband, DEWEY SMITH, MRS. LASEVIVE FOLSOM, joined by her husband, J. R. FOLSOM, MRS. EMILY WHITFIELD, surviving widow of J. H. Whitfield, now deceased, *Appellees.*

140 So. 775.

Division B.

Opinion filed January 7, 1932.

Petition for rehearing denied February 17, 1932.

*John F. Harrell,* for Appellants;

*J. D. Sparks,* for Appellees.

DAVIS, J.—The final decree in this case should be affirmed on the authority of Lake Mabel Development Corp. v. Bird, 99 Fla. 253, 126 Sou. Rep. 356; Day v. Weadock, 101 Fla. 333, 134 Sou. Rep. 525, holding that a final decree in equity will be affirmed where entire case shows errors, if any, in pleading or procedure, have not resulted in a miscarriage of justice.

But said decree should be modified so as to divide the

costs and impose such costs, both in the lower court and in this court, equally upon complainants and defendants it appearing that neither of the adverse parties has been diligent in avoiding the necessity for the expenses of this litigation. Chandler v. Sherman, 16 Fla. 99.

Modified and affirmed.

BUFORD, C.J., AND WHITFIELD AND ELLIS, J.J., concur.

TERRELL, J., dissents.

BROWN, J., not participating.